IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANTAE JACQUES,** *Petitioner*, | : : : | **CIVIL ACTION** |
| v. | : : : | |
| **THE DISTRICT ATTORNEY OF PHILADELPHIA, et al.,** *Respondents*. | : : : | **NO. 20-CV-2952** |

# ORDER

**AND NOW**, this **26th** day of **June 2024**, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 2), the government's response (ECF No. 27), the Report and Recommendation filed by United States Magistrate Judge José R. Arteaga (ECF No. 31), and no objections filed to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Arteaga (ECF No. 31) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and,

3. No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, J.**